UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRELL WILLIAMS (#471225)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NUMBER 14-92-JWD-SCR

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Darrell Williams is denied.

IT IS FURTHER ORDERED that a certificate of appealability is denied for the reasons set forth herein.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>December 18, 2014</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**